IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

T. THORNE-EL,
        Petitioner,
  v.                                    **Judgment in a Civil Case**
ROBERT C. LEWIS,
        Respondent.                    Case Number: 5:12-HC-2104-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2254 cases in the United States District Court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 6, 2012, with service on:
T. Thorne-El 0692532, Polk Correctional Institution, P.O. Box 2500, Butner, NC 27509 (via U.S. Mail)

August 6, 2012                                        /s/ Julie A. Richards
                                                          Clerk